55 A.3d 1054

**William WILKINSON, Petitioner**

v.

**DEPARTMENT OF CORRECTIONS, John Murray, Superintendent, SCI Camp Hill and Record Room Supervisor SCI Camp Hill, Respondents.**

**No. 144 EM 2012.**

Supreme Court of Pennsylvania.

Nov. 9, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 9th day of November, 2012, the Petition for Review and the "Motion to Compel Immediate Judgment" are **DENIED.**